IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT O. DIGGS, JR., | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 11-3286-CV-S-ODS |
| JIM ARNOTT, et al., | ) |
| Defendants. | ) |

### ORDER DENYING DEFENDANTS' MOTION FOR SANCTIONS

On July 6, 2012, Defendants filed a Motion for Sanctions pursuant to F.R.C.P. 11. (Doc. # 23). The Motion is denied.

The Court will not impose sanctions upon Plaintiff by dismissing the case because it has granted Defendants' Motion for Summary Judgment. *See* Doc. # 36. Further, because no other sanctions would be appropriate, the Court declines to impose any sanctions upon Plaintiff.

IT IS SO ORDERED.

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
DATE: January 22, 2013     UNITED STATES DISTRICT COURT